No. 72–6964. Clark *v.* California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 72–6965. Sloan *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 72–6966. Morris, aka Jackson *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 72–6968. Johnson *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 72–6969. Mendes *v.* REA Express, Inc. C. A. 2d Cir. Certiorari denied.

No. 72–6970. Denman et al. *v.* Berkman. C. A. 6th Cir. Certiorari denied.

No. 72–6972. Cimmino *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 72–6973. Soots et ux. *v.* Conner. Sup. Ct. Del. Certiorari denied.

No. 72–6974. Watson *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 72–6975. Hester *v.* Veterans' Administration Center et al. C. A. 3d Cir. Certiorari denied.

No. 72–6977. Williams *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 72–6978. Torres *v.* Florida. C. A. 5th Cir. Certiorari denied.

No. 72–6980. Harper *v.* United States. C. A. 9th Cir. Certiorari denied.